IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph Robert Woods,  :
:
      Plaintiff(s),  :
:  Case Number: 1:12cv354
  vs.  :
:  Chief Judge Susan J. Dlott
Mark Penn, et al.,  :
:
      Defendant(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 4, 2012 a Report and Recommendation (Doc. 2).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 6).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b).

IT IS SO ORDERED.

                            ___s/Susan J. Dlott_____
                            Chief Judge Susan J. Dlott
                            United States District Court