IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Joseph Robert Woods, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:12CV489 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Mark Penn, et al., | : | |
| | : | |
| Defendant(s). | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915A(b).


8/29/12                                                                                  JAMES BONINI, CLERK


                                                                                          s/William Miller
                                                                                          Deputy Clerk